Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−33134−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Samuel D Martin
   PO Box 1107
   Newark, NJ 07101

Social Security No.:
   xxx−xx−6612

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/10/18 and a confirmation hearing on such Plan has been scheduled for 2/20/19.

The debtor filed a Modified Plan on 3/30/19 and a confirmation hearing on the Modified Plan is scheduled for 5/4/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 1, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-33134-RG
Samuel D Martin                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin               Page 1 of 2               Date Rcvd: Apr 01, 2019
                               Form ID: 186              Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
```
db             +Samuel D Martin,    PO Box 1107,    Newark, NJ 07101-1107
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054c 08054-3437
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517983656      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517885909      +Bureau of Housing Inspection,    PO Box 810,    Trenton, NJ 08625-0810
517885911      +City of Newark,    PO Box 538,    Water / Sewer Accounting,     Newark, NJ 07101-0538
517885910      +City of Newark,    Division of Water Accounting,    920 Broad Street, Rm. 117,
                 Newark, NJ 07102-2609
517885912      +City of Newark,    Department of Finance,    920 Broad Street , Room 104,    Newark, NJ 07102-2609
517885913      +City of Newark Dept. of Water & Sewer,     Law Dept. RM 316,    920 Broad Street,
                 Newark, NJ 07102-2672
517885917     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Directv,     PO Box 11732,    Newark, NJ 07101)
517885914      Department of Community Affairs,    Bureau of Housing Inspection,     PO Box 810,
                 Trenton, NJ 08625-0810
517885915     +Directv,    PO Box 5007,    Carol Stream, IL 60197-5007
517885927     +New Century Financial,    7 Entin Road,    Parsippany, NJ 07054-5020
517983848     +New Century Financial Services, Inc.,     c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517885935     +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
517885933      PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
517885929     +Phelan, Hallinan & Diamond, Jones, PC,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517885930     +Phelan, Hallinan & Diamond, PC,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517885931     +Pressler, Felt, & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517885932     +Pressler, Felt, & Warshaw, LLP ESQ,     7 Entin Road,    Parsippany, NJ 07054-5020
517885938     +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
518132963    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
517885939     +Specialized Loan Servicing,    Attn: Bankruptcy Dept,     8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
517885940     +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
517885941      Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
517885942     +State of NJ - Dept. of Community Affairs,     Attn: Compliance,    101 South Broad Street,
                 PO Box 800,    Trenton, NJ 08625-0800
517984506      U.S. Bank National Association, as Trustee Et.Al.,     Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,     Eagan MN 55121-7700
517885948     +Wells Fargo Home Loans,    1 Home Campus,    Des Moines, IA 50328-0001
517885949     +Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,     Charlotte, NC 28217-1962
517885953     +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517885954     +Wells Fargo Home Mortgage,    One Home Campus,    Des Moines, IA 50328-0001
517885950     +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
517885951     +Wells Fargo Home Mortgage,    PO Box 10355,    Des Moines, IA 50306-0355
517885952      Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
517885956     +Wells Fargo Home Mortgage, Inc.,    PO Box 14471,    Des Moines, IA 50306-3471

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2019 00:33:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,     Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2019 00:33:51      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517885908     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2019 00:36:50       American InfoSource LP,
                 4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517885907     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2019 00:37:30       American Infosource Lp,
                 P0 Box 248848,    Oklahoma City, OK 73124-8848
517885925      E-mail/Text: cio.bncmail@irs.gov Apr 02 2019 00:33:24      IRS,    PO Box 219236,
                 Kansas City, MO 64121
517885937     +E-mail/Text: bankruptcy@pseg.com Apr 02 2019 00:32:59      PSEG,    PO Box 490,
                 Cranford, NJ 07016-0490
517885936      E-mail/Text: bankruptcy@pseg.com Apr 02 2019 00:32:59      PSEG,    PO Box 790,
                 Cranford, NJ 07016-0790
517885943     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 00:32:54
                 Verizon,    500 Technology Drive,    Saint Charles, MO 63304-2225
517885944     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 00:32:55
                 Verizon Bankruptcy,    500 Technology Drive,    Saint Charles, MO 63304-2225
517885945     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 00:32:55
                 Verizon Bankruptcy South,    PO Box 25087,    Wilmington, DE 19899-5087
517885947     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 00:32:55
                 Verizon Wireless,    PO Box 105378,    Atlanta, GA 30348-5378
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Apr 01, 2019
                              Form ID: 186             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517885946       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 00:32:55
                 Verizon Wireless,   2000 Corporate Drive,   Orangeburg, NY 10962-2624
                                                                                             TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517885916*     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Directv,   PO Box 78626,   Phoenix, AZ 85062)
517885926*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: IRS,   PO Box 9019,   Holtsville, NY 11742)
517885921*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   ACS Support - Stop 5050,   PO Box 219236,
                 Kansas City, MO 64121)
517885923*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Insolvency Operations,   PO Box 21126,
                 Philadelphia, PA 19114)
517885919*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   PO Box 57,   Bensalem, PA 19020)
517885920*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Philadelphia, PA 19255-0010)
517885924*      +IRS,   PO Box 804527,   Cincinnati, OH 45280-4527
517885922*      +Internal Revenue Service,   PO Box 309011,   AMC 8228,   Memphis, TN 38130-9011
517885918*      +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517885928*      +New Century Financial Inc.,   7 Entin Road,   Parsippany, NJ 07054-5020
517885934*       PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
517885955*      +Wells Fargo Home Mortgage, Inc.,   One Home Campus,   Des Moines, IA 50328-0001
                                                                                        TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Samuel D Martin bankruptcy123@comcast.net,
               raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
               gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@
               gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-6 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2
               nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```