NOTICE OF OBJECTION TO CONFIRMATION

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before 04/24/2019, you or your attorney must:

File with the Court an answer, explaining your position at:
**Clerk**
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

MARIE-ANN GREENBERG, Trustee
30 TWO BRIDGES RD, SUITE 330
FAIRFIELD, NJ 07004

Attend the hearing scheduled to be held on 05/01/2019 in the NEWARK Bankruptcy Court, in Courtroom 3E, at the following address:
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: April 12, 2019

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

**File No. 820538**
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard
Philadelphia, PA 19103
856-813-5500
FAX Number 856-813-5501
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN
TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2

| | |
|---|---|
| In Re:<br><br>     SAMUEL D MARTIN<br><br><br>Debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 18-33134 - RG<br><br>Hearing Date: 05/01/2019 |

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor,

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN

TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, the holder of

a Mortgage on debtors residence located at 57-59 TREACY AVE, NEWARK, NJ 07108 hereby

objects to the Confirmation of the debtor's proposed Chapter 13 Amended Plan on the following

grounds:

    1.      Movant is U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC

MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES,

SERIES 2006-2.

    2.      On January 23, 2019, Movant filed Proof of Claim listing pre-petition arrears in the

amount of $302,700.29.

    3.      Debtor's Amended Plan fails to cure the delinquency pursuant to 11 U.S.C.

§1322(b)(5).

    4.      The Debtor's proposed Chapter 13 Amended Plan lists Movant under Part 4, Section

D(1) and Part 7, Section C. Debtor is attempting to cram down Movant's secured lien by

listing the total collateral value as $125,000.00.

5.    Movant objects to this treatment of its claim and the proposed valuation of the property under 11 U.S.C. §506., as it takes the position that the subject property value far exceeds that amount being claimed by the Debtor.  An appraisal conducted on March 15, 2019 shows the property has a market value of $165,000.00.  A copy of the appraisal is attached hereto and made a part hereof as "Exhibit A".

6.    Movant objects to Debtor's Amended Plan as it is underfunded.  Debtor's Plan should be amended to fully fund the arrears owed to Movant. Confirmation of Debtor's proposed Plan should be denied.

7.    Movant requests that the confirmation of Debtor's Chapter 13 Amended Plan be denied in its entirety.


WHEREFORE, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 respectfully requests that the Confirmation of Debtor's Amended Plan be denied.

<u>/s/ Sherri J. Smith</u>
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

Dated: April 12, 2019

**Exhibit A**

# Small Residential Income Property Appraisal Report
File # ▮▮▮▮▮▮

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address  57-59 Treacy Ave | City  Newark | State  NJ | Zip Code  07108 |

Borrower  Samuel Martin       Owner of Public Record  Samuel Martin       County  Essex

Legal Description  Block: 2654   Lot: 25

Assessor's Parcel #  14-02654-0000-00025       Tax Year  2018       R.E. Taxes $  7072

Neighborhood Name  Newark       Map Reference  9-H-12       Census Tract  0041.00

Occupant  ☐ Owner  ☒ Tenant  ☐ Vacant       Special Assessments $  0       ☐ PUD   HOA $  0  ☐ per year  ☐ per month

Property Rights Appraised  ☐ Fee Simple  ☒ Leasehold  ☐ Other (describe)

Assignment Type  ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe)  Asset Valuation - Loss Mitigation

Lender/Client  Wells Fargo Bank NA       Address  1 Home Campus, 4th Floor, Des Moines, IA 50328

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes  ☒ No

Report data source(s) used, offering price(s), and date(s).

GSMLS and available FSBO sites

---

I ☐ did  ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $       Date of Contract       Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

---

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | 2-4 Unit Housing Trends | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE | AGE | One-Unit | 25 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $(000) | (yrs) | 2-4 Unit | 68 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 20  Low | 0 | Multi-Family | 2 % |
| Neighborhood Boundaries | | 805  High | 200 | Commercial | 5 % |
| Springfield Ave is North, Rt 78 is South, Elizabeth Ave is East, Grove St is West. | | 250  Pred. | 100 | Other | % |

Neighborhood Description

The subject neighborhood is a predominantly owner occupied residential market area made up of detached single family and 2-4 family homes. Commercial and retail support services are located within a 2 mile radius and situated on major North-South and East-West roadways. Commutation to New York employment centers is available via commuter rail, bus, or automobile. Public school system is considered adequate.

Market Conditions (including support for the above conclusions)

See Attached Addendum

---

Dimensions  37 x 111       Area  4107 sf       Shape  Rectangular       View  Residential

Specific Zoning Classification  R-2       Zoning Description  Second Residence District

Zoning Compliance  ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

See Attached Addendum

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street  Bit Concrete | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley  None | | |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone  X       FEMA Map #  34013C0152F       FEMA Map Date  06/04/2007

Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe

No adverse site conditions or external factors noted.

---

| General Description | Foundation | Exterior Description materials/condition | Interior   materials/condition |
|---|---|---|---|
| Units ☒ Two ☐ Three ☐ Four | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls  Brick/Avg | Floors  Hardwood/Avg |
| ☐ Accessory Unit (describe below) | ☒ Full Basement ☐ Partial Basement | Exterior Walls  Wood/Poor | Walls  Plaster/Fair |
| # of Stories  3 | Basement Area  1354.7  sq. ft. | Roof Surface  Asphalt Shingle/Poor | Trim/Finish  Wood/ Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Finish  0  % | Gutters & Downspouts  Aluminum/Fair | Bath Floor  Ceramic/ Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type  Double Hung/ Avg | Bath Wainscot  Plaster/Fair |
| Design (Style)  2 Family | Evidence of ☐ Infestation | Storm Sash/Insulated  No / Yes/Avg | **Car Storage** |
| Year Built  1907 | ☐ Dampness ☐ Settlement | Screens  None | ☒ None |
| Effective Age (Yrs)  25 | **Heating/Cooling** | **Amenities** | ☐ Driveway  # of Cars  0 |
| Attic  ☒ None | ☐ FWA ☐ HWBB ☐ Radiant | ☐ Fireplace(s) #  0  ☐ WoodStove(s) #  0 | Driveway Surface  Asphalt/ Avg |
| ☐ Drop Stair ☐ Stairs | ☒ Other  Radiator  Fuel  Gas | ☐ Patio/Deck  None  ☐ Fence | ☐ Garage  # of Cars  0 |
| ☐ Floor ☐ Scuttle | ☐ Central Air Conditioning | ☐ Pool  None | ☐ Carport  # of Cars  0 |
| ☐ Finished ☐ Heated | ☐ Individual ☒ Other  None | ☐ Other  None | ☒ Porch  Open/Encl | ☐ Att. ☐ Det ☐ Built-in |

# of Appliances  Refrigerator  3  Range/Oven  3  Dishwasher  0  Disposal  0  Microwave  0  Washer/Dryer  0  Other (describe)  None

| | | | | | |
|---|---|---|---|---|---|
| Unit # 1 contains: | 5 Rooms | 2 Bedroom(s) | 1.0 Bath(s) | 1355 | Square Feet of Gross Living Area |
| Unit # 2 contains: | 5 Rooms | 3 Bedroom(s) | 1.0 Bath(s) | 1362 | Square Feet of Gross Living Area |
| Unit # 3 contains: | Rooms | Bedroom(s) | Bath(s) | | Square Feet of Gross Living Area |
| Unit # 4 contains: | Rooms | Bedroom(s) | Bath(s) | | Square Feet of Gross Living Area |

Additional features (special energy efficient items, etc.)

Double hung windows, hardwood floors, 2 porch.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)

See Attached Addendum

---

# Small Residential Income Property Appraisal Report

## IMPROVEMENTS

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

None observed, see limiting conditions number 5.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

The subject property generally conforms to the neighborhood and requirements of a competitive market in terms of style, size, condition, use, construction as well as functional utility and other marketable and appealing features.

Is the subject property subject to rent control? ☐ Yes ☒ No  If Yes, describe

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property.  This analysis is intended to support the opinion of the market rent for the subject property.

## COMPARABLE RENTAL DATA

| FEATURE | SUBJECT | | | | COMPARABLE RENTAL # 1 | | | | COMPARABLE RENTAL # 2 | | | | COMPARABLE RENTAL # 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 57-59 Treacy Ave Newark  NJ  07108 | | | | 62 Treacy Ave  Newark  NJ  07108 | | | | 17-19 Leslie St  Newark  NJ  07108 | | | | 85-87 Osborne Ter  Newark  NJ  07108 | | | |
| Proximity to subject | | | | | 0.03 miles SE | | | | 0.55 miles SW | | | | 0.38 miles SW | | | |
| Current Monthly Rent | $                0 | | | | $              1800 | | | | $              2200 | | | | $              1000 | | | |
| Rent/Gross Bldg. Area | $        0.00 sq. ft. | | | | $        0.58 sq. ft. | | | | $        0.81 sq. ft. | | | | $        0.28 sq. ft. | | | |
| Rent Control | ☐ Yes ☒ No | | | | ☐ Yes ☒ No | | | | ☐ Yes ☒ No | | | | ☐ Yes ☒ No | | | |
| Data Source(s) | Inspection | | | | GSMLS# 3505770 | | | | GSMLS# 3470026 | | | | GSMLS# 3516788 | | | |
| Date of Lease(s) | Unknown | | | | Month to Month | | | | Month to Month | | | | Month to Month | | | |
| Location | Residential | | | | Residential | | | | Residential | | | | Residential | | | |
| Actual Age | 112 | | | | 112 | | | | 102 | | | | 119 | | | |
| Condition | C5 | | | | C5 | | | | C5 | | | | C4 | | | |
| Gross Building Area | 3588 | | | | 3106 | | | | 2732 | | | | 3621 | | | |

| Unit Breakdown | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | | | Tot | Br | Ba | | | Tot | Br | Ba | | | Tot | Br | Ba | | |
| Unit # 1 | 5 | 2 | 1.0 | 1355 | | 5 | 2 | 1.0 | 1303 | $  900 | 5 | 3 | 1.0 | 1366 | $ 1200 | 7 | 2 | 1.0 | 1435 | $ 1000 |
| Unit # 2 | 5 | 3 | 1.0 | 1362 | | 5 | 2 | 1.0 | 1303 | $  900 | 5 | 3 | 1.0 | 1366 | $ 1000 | 10 | 4 | 2.0 | 2186 | $  0 |
| Unit # 3 | | | | | | | | | | $ | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | Water, Heat | | | | | Water | | | | | Water | | | | | Water, Heat | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)

The rental values stated in the above report were derived from current rental values in the subject market area.  All three rental comps are from the subject's market area and display potential rents for the subject property.  Comparable rental 1 has a finished 3rd floor most likely used as a rental apartment.  Comparable rental 3 has a combined 2nd and 3rd floor unit.

## SUBJECT RENT SCHEDULE

**Rent Schedule:** The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | | Actual Rent | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | | Unfurnished | Furnished | |
| 1 | Relative | Relative | $            0 | $ | $            0 | | $        900 | $ | $        900 |
| 2 | | Relative | 0 | | 0 | | 900 | | 900 |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |

Comment on lease data

No lease data provided to the appraiser.

| | | |
|---|---|---|
| Total Actual Monthly Rent | $  0 | |
| Other Monthly Income (Itemize) | $ | |
| Total Actual Monthly Income | $  0 | |

| | | |
|---|---|---|
| Total Gross Monthly Rent | $ 1800 | |
| Other Monthly Income (Itemize) | $ | |
| Total Estimated Monthly Income | $ 1800 | |

Utilities included in estimated rents  ☐ Electric ☒ Water ☒ Sewer ☐ Gas ☐ Oil ☐ Cable ☒ Trash collection ☐ Other (describe)

Comments on actual or estimated rents and other monthly income (including personal property)

The forecasted rents are at the market rents.  Relatives of the owner occupy the both legal rental units.  Per unit 1 tenant no rents are collected for the subject property.  Tenants were less than cooperative in providing information to the appraiser and the information provided may not necessarily be correct.

## PRIOR SALE HISTORY

I  ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s)   Tax records/ GSMLS

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s)   Tax records/ GSMLS

Report the results of the research and analysis of the prior sale history of the subject property and comparable sales (report additional prior sales on page 4).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSMLS/ Tax Records | GSMLS/ Tax Records | GSMLS/ Tax Records | GSMLS/ Tax Records |
| Effective Date of Data Source(s) | 03/15/2019 | 03/15/2019 | 03/15/2019 | 03/15/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales

A review of county tax records revealed no transfer of title or sale of the subject property for the three years prior to the effective date of this appraisal or comparable sales for the year prior to their respective contract dates.

# Small Residential Income Property Appraisal Report

| | | | |
|---|---|---|---|
| There are | 4 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 135000 | to $ 225000 |
| There are | 14 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 95000 | to $ 235000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 57-59 Treacy Ave Newark, NJ 07108 | 62 Treacy Ave Newark, NJ 07108 | 888 S 18th St Newark, NJ 07108 | 85-87 Osborne Ter Newark, NJ 07108 |
| Proximity to subject | | 0.03 miles SE | 0.55 miles NW | 0.38 miles SW |
| Sales Price | $ | $ 165000 | $ 150000 | $ 235000 |
| Sales Price/Gross Bldg.Area | $ 0.00 sq. ft. | $ 53.12 sq. ft. | $ 49.23 sq. ft. | $ 64.90 sq. ft. |
| Gross Monthly Rent | $ 0 | $ 1800 | $ 1700 | $ 2400 |
| Gross Rent Multiplier | | 91.67 | 88.24 | 97.92 |
| Price Per Unit | $ | $ 82500 | $ 75000 | $ 117500 |
| Price Per Room | $ | $ 15000 | $ 15000 | $ 16786 |
| Price Per Bedroom | $ | $ 41250 | $ 37500 | $ 47000 |
| Rent Control | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |
| Data Source(s) | | GSMLS Clsd # 3505770 | GSMLS Clsd # 3485278 8 Dom | GSMLS Clsd # 3516788 1 Dom |
| Verification Source(s) | | Tax Records, Deed, Assessor | Tax Records, Deed, Assessor | Tax Records, Deed, Assessor |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | ArmLth Cash;0; | | REO Cash;0; | | ArmLth FHA;0 | |
| Date of Sale/Time | | s12/18;c10/18 | | s09/18;c07/18 | | s02/19;c11/18 | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 4107 sf | 4107 sf | | 3800 sf | 0 | 7500 sf | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 2 Family | 2 Family | | 2 Family | | 2 Family | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 112 | 112 | | 107 | 0 | 119 | 0 |
| Condition | C5 | C5 | | C6 | 15000 | C4 | -47000 |
| Gross Building Area | 3588 | 3106 | 7230 | 3047 | 8115 | 3621 | 0 |

| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 5 | 2 | 1.0 | 6 | 2 | 1.0 | 0 | 5 | 2 | 1.0 | 0 | 7 | 2 | 1.0 | 0 |
| Unit # 2 | 5 | 3 | 1.0 | 5 | 2 | 1.0 | 0 | 5 | 2 | 1.0 | 0 | 7 | 3 | 1.0 | 0 |
| Unit # 3 | | | | | | | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | | | | |
| Basement Description | Full / Unfinished | Full / Unfinished | | Full / Unfinished | | Full / Finished | 0 |
| Basement Finished Rooms | None | None | | None | | Rec Rm | -5000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | No Heat | Radiators/None | -10000 | No Heat | | Radiators/None | -10000 |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Parking On/Off Site | On Street | 1 Car Driveway | 0 | 1 Car Driveway | 0 | 1 Car Driveway | 0 |
| Porch/Patio/Deck | 2 Porch | 2 Porch | | Porch | 0 | 2 Porch | |
| Finished 3rd floor | Finished 3rd floor | Finished 3rd floor | | Finished 3rd floor | | Finished 3rd floor | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Net Adjustment (Total) | | ☐ + ☒ - | $ 2770 | ☒ + ☐ - | $ 23115 | ☐ + ☒ - | $ 62000 |
| Adjusted Sale Price of Comparables | | Net Adj. -1.7 % Gross Adj. 10.4 % | $ 162230 | Net Adj. 15.4 % Gross Adj. 15.4 % | $ 173115 | Net Adj. -26.4 % Gross Adj. 26.4 % | $ 173000 |
| Adj. Price Per Unit (Adj. SP Comp/ # of Comp Units) | | $ 81115 | | $ 86558 | | $ 86500 | |
| Adj. Price Per Room (Adj. SP Comp/ # of Comp Rooms) | | $ 14748 | | $ 17312 | | $ 12357 | |
| Adj. Price Per Bedrm (Adj. SP Comp/ # of Comp Bedrooms) | | $ 40558 | | $ 43279 | | $ 34600 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Value Per Unit $ 85000 X 2 Units = $ 170000 | | | Value Per GBA $ 50 X 3588 GBA = $ 179400 |
| Value Per Rm. $ 17000 X 10 Rooms = $ 170000 | | | Value Per Bdrms. $ 35000 X 5 Bdrms. = $ 175000 |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.

See Attached Addendum

Indicated Value by Sales Comparison Approach $ 165000

Total gross monthly rent $ 1800 X gross rent multiplier (GRM) 95 = $ 171000 Indicated Value by the Income Approach

Comments on income approach including reconciliation of the GRM

All 5 closed comparables grm's were weighted in the income approach with the greatest weight applied to comparable 3 with the comparable gba and bedroom count.

| Indicated Value by: | Sales Comparison Approach $ 165000 | Income Approach $ 171000 | Cost Approach (if developed) $ 281100 |
|---|---|---|---|

Most consideration for final value estimate is applied to the sales comparison approach which is considered to be the most applicable and least subjective indicator of value. The income and cost approach support the final opinion of value.

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is** $ 165000 **as of** 03/15/2019 **, which is the date of inspection and the effective date of this appraisal.**

# Small Residential Income Property Appraisal Report

**ADDITIONAL COMMENTS**

**Neighborhood:**
The subject is located in a residential neighborhood in an area of mixed style and size houses and is readily accessible to all services and amenities.

**Sales comparison:**
The comps used are the most recent and similar sales available from recognized sources at this time and are compatible to the subject in size, style, age and quality of construction. All comps, as adjusted, are good indicators of market value. Appraiser has reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales from market abstraction. All adjustments are market based utilizing paired sales and/or regression analysis techniques. Some comp photos are from appraiser's files.

**Intended user:**
The intended user of this appraisal report is the Lender/Client. The intended use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this appraisal report form, and definition of market value. No additional intended users are identified by the appraiser.

**Cost approach:**
The cost estimate is based on marshall & swift cost analysis, local builders and tradesmen estimates and/or tax assessments. The cost approach is performed in this report for the intended use of providing additional approach to value for purposes of determining market value in underwriting the loan for mortgage financing purposes. Reliance upon this approach or portions thereof by any other use, such as determining an insurance value, is not anticipated by the appraiser, nor is it an intended use. While such users may choose to rely upon the cost approach or some portion thereof, the appraiser advises against this as it may tend to mislead as to insurable value.

**Scope of work:**
The appraisal report is based on a physical inspection of the neighborhood, subject property, and the analysis of information gathered from public or private records that may have an influence on the value of the property. The valuation process includes an exterior inspection of all comparables considered to physically verify as much data as possible in the normal course of business for comparison purposes.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

Site value was supported from land sales, tax assessments, knock down sales.

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE ......................... =$ | | 30000 |
| Source of cost data   M & S Manual/Local Builders | Dwelling  3588   Sq. Ft. @ $   95 ......... =$ | | 340860 |
| Quality rating from cost service   Avg   Effective date of cost data   03/2019 | Bsmt: 1355   Sq. Ft. @ $   35 ......... =$ | | 47425 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | 2 porch ......................... =$ | | 25000 |
| Land to value ratio is 11% which is typical for the market area. | Garage/Carport   Sq. Ft. @ $ ......... =$ | | |
| Effective age/Economic Life = 25/60 = 42% | Total Estimate of Cost-New ......................... =$ | | 413285 |
| | Less | Physical | Functional | External | |
| | Depreciation   172202 | | | =$ (   172202 ) |
| | Depreciated Cost of Improvements ......................... =$ | | 241083 |
| | "As-is" Value of Site Improvements ......................... =$ | | 10000 |
| Estimated Remaining Economic Life (HUD and VA only)   35   Years | Indicated Value by Cost Approach ......................... =$ | | 281100 |

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes  ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units?   ☐ Yes  ☐ No  Data source(s)

Are the units, common elements, and recreation facilities complete?   ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes  ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

# Small Residential Income Property Appraisal Report

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Small Residential Income Property Appraisal Report**

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Small Residential Income Property Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

---

**APPRAISER**

Signature

Name   Marcus Isenberg

Company Name   C & J Appraisals

Company Address   6 Crownview Ct.

Sparta                     , NJ     07871

Telephone Number   973-729-1319

Email Address   mkis@ptd.net

Date of Signature and Report   03/19/2019

Effective Date of Appraisal   03/15/2019

State Certification #   42RC00193800

or State License #

or Other (describe) _____ State # _____

State   NJ

Expiration Date of Certification or License   12/31/2019

ADDRESS OF PROPERTY APPRAISED

57-59 Treacy Ave

Newark                     , NJ     07108

APPRAISED VALUE OF SUBJECT PROPERTY $   165000

LENDER/CLIENT

Name   Residential Valuation Services

Company Name   Wells Fargo Bank NA

Company Address   1 Home Campus, 4th Floor

Des Moines           , IA     50328

Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature

Name

Company Name

Company Address

_____ , _____ _____

Telephone Number

Email Address

Date of Signature

State Certification #

or State License #

State

Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property

☐ Did inspect exterior of subject property from street

Date of Inspection

☐ Did inspect interior and exterior of subject property

Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street

☐ Did inspect exterior of comparable sales from street

Date of Inspection

# Small Residential Income Property Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjustments | COMPARABLE SALE # 5 | +(-) $ Adjustments | COMPARABLE SALE # 6 | +(-) $ Adjustments |
|---|---|---|---|---|---|---|---|
| Address | 57-59 Treacy Ave<br>Newark, NJ 07108 | 68 Millington Ave<br>Newark, NJ 07108 | | 667-671 Clinton Ave<br>Newark, NJ 07108 | | 40 Seymour Ave<br>Newark, NJ 07108 | |
| Proximity to subject | | 0.45 miles SW | | 0.28 miles SW | | 0.15 miles SE | |
| Sales Price | $ | $ 170000 | | $ 98000 | | $ 150000 | |
| Sales Price/Gross Bldg.Area | $ 0.00 sq. ft. | $ 50.54 sq. ft. | | $ 24.62 sq. ft. | | $ 49.57 sq. ft. | |
| Gross Monthly Rent | $ 0 | $ 2000 | | $ 1600 | | $ 1800 | |
| Gross Rent Multiplier | | 85.00 | | 61.25 | | 83.33 | |
| Price Per Unit | $ | $ 85000 | | $ 49000 | | $ 75000 | |
| Price Per Room | $ | $ 14167 | | $ 8167 | | $ 15000 | |
| Price Per Bedroom | $ | $ 28333 | | $ 24500 | | $ 25000 | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | GSMLS Clsd # 3440128 45 Dom | | GSMLS Clsd # 3350255 160 Dom | | GSMLS# 3536356 4 Dom | |
| Verification Source(s) | | Tax Records, Deed, Assessor | | Tax Records, Deed, Assessor | | Tax Records, Deed, Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments |
| Sales or Financing Concessions | | REO<br>FHA;0 | | ArmLth<br>Private;0 | | Listing<br>0 | |
| Date of Sale/Time | | s04/18;c02/18 | | s04/18;c05/17 | | Active | 0 |
| Location | Residential | Residential | | Res/Thru St/Comm | 9800 | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 4107 sf | 3536 sf | 0 | 8453 sf | 0 | 3954 sf | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 2 Family | 2 Family | | 2 Family | | 2 Family | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 112 | 107 | 0 | 121 | 0 | 112 | 0 |
| Condition | C5 | C5 | | C6 | 19600 | C6 | 15000 |
| Gross Building Area | 3588 | 3364 | 3360 | 3981 | -5895 | 3026 | 8430 |

| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 5 | 2 | 1.0 | 6 | 3 | 1.0 | 0 | 5 | 1 | 2.0 | 0 | 5 | 3 | 2.0 | 0 |
| Unit # 2 | 5 | 3 | 1.0 | 6 | 3 | 1.0 | 0 | 7 | 3 | 1.0 | 0 | 5 | 3 | 2.0 | 0 |
| Unit # 3 | | | | | | | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjustments | COMPARABLE SALE # 5 | +(-) $ Adjustments | COMPARABLE SALE # 6 | +(-) $ Adjustments |
|---|---|---|---|---|---|---|---|
| Basement Description | Full / Unfinished | Full / Finished | | Full / Unfinished | | Full / Unfinished | |
| Basement Finished Rooms | None | Rec Rm | -5000 | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | No Heat | No Heat | | No Heat | | No Heat | |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Parking On/Off Site | On Street | On Street | | 2 Car Garage | -4000 | 1 Car Driveway | 0 |
| Porch/Patio/Deck | 2 Porch | 2 Porch | | None | 0 | Porch | 0 |
| Finished 3rd floor | Finished 3rd floor | Unfinished | 5000 | Finished 3rd floor | | Finished 3rd floor | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 3360 | ☒ + ☐ - | $ 19505 | ☒ + ☐ - | $ 23430 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.0 %<br>Gross Adj. 7.9 % | $ 173360 | Net Adj. 19.9 %<br>Gross Adj. 40.1 % | $ 117505 | Net Adj. 15.6 %<br>Gross Adj. 15.6 % | $ 173430 |
| Adj. Price Per Unit (Adj. SP Comp/ # of Comp Units) | | $ 86680 | | $ 58753 | | $ 86715 | |
| Adj. Price Per Room (Adj. SP Comp/ # of Comp Rooms) | | $ 14447 | | $ 9792 | | $ 17343 | |
| Adj. Price Per Bedrm (Adj. SP Comp/ # of Comp Bedrooms) | | $ 28893 | | $ 29376 | | $ 28905 | |

Summary of Sales Comparison Approach

See attached addendum

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSMLS/ Tax Records | GSMLS/ Tax Records | GSMLS/ Tax Records | GSMLS/ Tax Records |
| Effective Date of Data Source(s) | 03/15/2019 | 03/15/2019 | 03/15/2019 | 03/15/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales

# Small Residential Income Property Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 57-59 Treacy Ave Newark, NJ 07108 | 17-19 Leslie St Newark, NJ 07108 | | | | | |
| Proximity to subject | | 0.55 miles SW | | | | | |
| Sales Price | $ | $ | 220000 | $ | | $ | |
| Sales Price/Gross Bldg.Area | $ 0.00 sq. ft. | $ 80.53 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Gross Monthly Rent | $ 0 | $ 2200 | | $ | | $ | |
| Gross Rent Multiplier | | 100.00 | | | | | |
| Price Per Unit | $ | $ 110000 | | $ | | $ | |
| Price Per Room | $ | $ 22000 | | $ | | $ | |
| Price Per Bedroom | $ | $ 36667 | | $ | | $ | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☐ No | | ☐ Yes ☐ No | |
| Data Source(s) | | GSMLS# 3470026 301 Dom | | | | | |
| Verification Source(s) | | Tax Records, Deed, Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments |
| Sales or Financing Concessions | | Listing 0 | | | | | |
| Date of Sale/Time | | Active | 0 | | | | |
| Location | Residential | Residential | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 4107 sf | 5000 sf | 0 | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | 2 Family | 2 Family | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Actual Age | 112 | 102 | 0 | | | | |
| Condition | C5 | C5 | -11000 | | | | |
| Gross Building Area | 3588 | 2732 | 12840 | | | | |

| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 5 | 2 | 1.0 | 5 | 3 | 1.0 | 0 | | | | | | | | |
| Unit # 2 | 5 | 3 | 1.0 | 5 | 3 | 1.0 | 0 | | | | | | | | |
| Unit # 3 | | | | | | | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | | | | |

| Basement Description | Full / Unfinished | Full / Unfinished | | | | | |
|---|---|---|---|---|---|---|---|
| Basement Finished Rooms | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | No Heat | Radiators/None | -10000 | | | | |
| Energy Efficient Items | Windows | Windows | | | | | |
| Parking On/Off Site | On Street | 1 Car Driveway | 0 | | | | |
| Porch/Patio/Deck | 2 Porch | Porch | 0 | | | | |
| Finished 3rd floor | Finished 3rd floor | Unfinished | 5000 | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 3160 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. -1.4 % Gross Adj. 17.7 % | $ 216840 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |
| Adj. Price Per Unit  (Adj. SP Comp/ # of Comp Units) | | $ 108420 | | $ | | $ | |
| Adj. Price Per Room  (Adj. SP Comp/ # of Comp Rooms) | | $ 21684 | | $ | | $ | |
| Adj. Price Per Bedrm  (Adj. SP Comp/ # of Comp Bedrooms) | | $ 36140 | | $ | | $ | |

Summary of Sales Comparison Approach

See attached addendum

| ITEM | SUBJECT | COMPARABLE SALE # 7 | COMPARABLE SALE # 8 | COMPARABLE SALE # 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSMLS/ Tax Records | GSMLS/ Tax Records | | |
| Effective Date of Data Source(s) | 03/15/2019 | 03/15/2019 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City  Newark | County  Essex   State  NJ   Zip Code  07108 |
| Lender  Wells Fargo Bank NA | |

**Market Conditions**
Conventional and FHA financing is available at current rates with no special financial concessions for qualified borrowers.  Marketing times were noted to be 90 days or less for properties priced to current market trends as noted by the comparables provided in the report and the 1004mc.

Analysis of the subject market indicates comparable property values have remained flat over the past 12 months.

**Highest and Best Use**
The subject as improved is a legally permissible use based on its current zoning. The lot size, shape, physical condition and land to building ratio allow the present structure and indicate a good utilization of the improvements. Based upon the current market conditions, the present use as a Two family residence is its financially feasible and maximally productive use. The highest and best use is its present use.

**Condition of the Property**
C5;The subject has not been well maintained and is in need of extensive repairs and maintenance.  The basement is unfinished.  Water and electricity were on at the time of inspection.  The subject is a legal 2 family home but the 3rd floor is finished, has an illegal apartment with kitchen, and is currently rented to a tenant.  Units 1 and 2 are tenant occupied.  The daughter of the owner is the 1st floor tenant and an Aunt is the 2nd floor tenant.  Per daughter no rents are collected from units 1 and 2.  Both unit 1 and 2 tenants were not cooperative with the appraiser.  Access to the 2nd floor porch was not permitted by the tenant.  The home owner was not present at the time of inspection.

The following deferred maintenance noted and estimated cost to cure:  No working heating units noted in the entire home ( Per 1st floor tenant the heating unit has been disconnected ) and the heating unit in the basement was disconnected and did not appear to be in good condition.  ( Est cost to cure  $9,500 ).  Roof appears to be at the end of life expectancy ( $14,000 ) Extensive damage to exterior wood siding and soffit areas ( $8,500 ).  Exterior paint at the end of life expectancy ( $11,000 ).  4 missing windows ( $1,800 ).  Missing window trim ( $300 ).  Damaged rear exterior door ( $750 ).  Interior plaster damage in unit 1 bathroom, living room siding ( $2000 ).  Unit 1 discoloration remediation ( $500 ).  Unit 1 kitchen cabinet repairs ( $300 ).  Unit 2 bedroom ceiling repairs ( $ 200 ).  Install covers on electric panels in the basement ( $50 ).  Eliminate exposed electrical wiring at the subject interior entry and 3rd floor ( $50 )

Total estimated repairs to return the subject to average condition: $48,950.  Estimated cost to cure per Craftsman Online Cost Calculator and Home Depot online calculators.

If the subject property were to be sold Newark City would require the kitchen on the 3rd floor to be removed before granting a CO to new ownership.

Form data: Gross Building Area
15

**Comments on Sales Comparison**
Due to the limited comparable resale data within the subject's market area over the  past 12 months comparables 4 and 5 exceed the 6 month guideline.

Comparable 5 adjusted 10% for location.

No lot size adjustments applied as the markets reaction to lot size difference for 2-4 family homes in the market area in need of repairs and maintenance is not significant enough to abstract a difference in value from the marketplace.

No age adjustments were applied as age is considered as part of the determination of condition of the comparables.  Condition is also determined through the exterior inspection of the sales and information per MLS data pertaining to updating and renovations.

Comparables 2 and 6 adjusted 10% for condition.  Comparable 5 adjusted 20% for condition with extensive interior damage and required repairs.  5% condition adjustment applied to comparable 7 for newer vinyl siding and roof.

No bedroom or bathroom count adjustments applied as the markets reaction to the differences for homes in need of updating and repairs was not significant enough to abstract a difference in value from the marketplace.

Due to the limited sales/listings with comparable gba in the subject's market area, comparable 7 gba exceed(s) 20% difference from the subject.  Gba adjustments applied @ $15 per sq ft for differences greater than 100 sq ft per market analysis.  Gba adjustments lower than typical fair market sale adjustments as the market's reaction to gba difference for properties in need of updating, maintenance, and repairs is lower than fair market sales in average or better condition.

Comparables 2, 3, and 6 required adjustments exceeding 10% line item, 15% net, and/or 25% gross.

All 5 closed comparable sales were given consideration in the sales comparison approach with the greatest weight applied to comparable 1 located directly across the street from the subject.

Comparables 6 and 7 are active listings in the subject's market area utilized to show current pricing trends and support the subject's final value estimate.  Homes priced to present market conditions typically have a 90-105% anticipated sale to list price ratio in the subject's market area.  No list to sale price adjustments applied as the current trend in the subject's market area is 100% or greater.  Comparable 7 appears to be priced above what current market conditions will support.

The appraiser notes that the subject's final value estimate is lower than the predominate value for the market area.  However, in researching comparable sales for the subject their values were lower than the value of homes in the predominate value range. The predominate value for 2-4 family housing trends on page 1 of this report is the average or median value of all 2-4 family homes sold in the  market area over the past year. The subject's final value estimate may fall above, below, or near the neighborhood predominate value based on its characteristics  as compared to the closed sales in the market area.  The subject is not an under improvement for the neighborhood and market area as its final value estimate falls within the one-unit housing trends range of values from page 1 of the report.

In researching comparable sales and listings to determine the opinion of value for the subject property, appraisers search parameters included all two family comps over the past 12 months within 1 mile, 2,600 to 4,200 sq ft.  Additional sales and listings were noted but some not utilized in the appraisal report due to substantial differences in gla, condition, lot size, lack of documentation, and/or date of sale.  Outlier sales and listings with substantially higher and lower sale prices were noted but their values could not consistently be supported with additional sales and listings.  REO, short sales, estate sales, relocation sales, investor flips, and sales with limited or no marketing times are not typically considered in the comparable selection unless credible documentation is available to indicate they conform to present market conditions.  When utilized, these sales are noted in the appraisal report and commentary regarding their use is stated.  The final comp selection is determined to be the best group of sales defining and bracketing the subject age, size, style, condition, location, and amenities.

Due to the subject's overall condition REO properties were utilized in the report as most likely indicators of value for the subject property.

Comparable 5 marketing time exceeds 90 days but sold $67,000 below asking price after an extended marketing time.

Form data: Economic Age
60

**Operating Income Statement**

File No. _____

**One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property**

Property Address  57-59 Treacy Ave

City  Newark                    County  Essex              State  NJ                    Zip Code  07108

General Instructions: This form is to be prepared jointly by the loan applicant, the appraiser, and the lenders underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes x No ___ | Unknown | $ 0 | $ 900 | Electricity | ☐ | ☒ |
| Unit No. 2 | Yes x No ___ | Unknown | $ 0 | $ 900 | Gas | ☐ | ☒ |
| Unit No. 3 | Yes ___ No ___ | | $ | $ | Fuel Oil | ☐ | ☐ |
| Unit No. 4 | Yes ___ No ___ | | $ | $ | Fuel (Other) | ☐ | ☐ |
| **Total** | | | $ 0 | $ 1800 | Water/Sewer | ☒ | ☐ |
| | | | | | Trash Removal | ☒ | ☐ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years (for new properties the applicant's projected income and expenses must be provided). This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures (e.g., Applicant Appraiser 2881300)- If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's / appraiser's projections and the appraiser's comments concerning those projections. the underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. (Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item.) Income should be based on current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

**Annual Income and Expense Projection for Next 12 months**

| | | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|---|
| **Income** (Do not include income for owner- occupied units) | | | |
| Gross Annual Rental (from unit(s) to be rented) | | $ 21600 | $ _____ |
| Other Income (include sources) | _____ | + _____ | + _____ |
| Total | | $ 21600 | $ _____ |
| Less Vacancy/Rent Loss | | - 1080.00        ( 5 %) | - _____   ( __ %) |
| Effective Gross Income | | $ 20520 | $ _____ |
| **Expenses** (Do not include expenses for owner-occupied units) | | | |
| Electricity | | _____ | _____ |
| Gas | | _____ | _____ |
| Fuel Oil | | _____ | _____ |
| Fuel | (Type - _____ ) | _____ | _____ |
| Water/Sewer | | 700 | _____ |
| Trash Removal | | Included in property taxes | _____ |
| Pest Control | | _____ | _____ |
| Other Taxes or Licenses | _____ | _____ | _____ |
| Casual Labor | | 300 | _____ |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services | | | |
| Interior Paint/Decorating | | 600 | _____ |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living units. | | | |
| General Repairs/Maintenance | | 600 | _____ |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | | |
| Management Expenses | | _____ | _____ |
| These are the customary expenses that a professional management company would charge to manage the property. | | | |
| Supplies | | 100 | _____ |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | | |
| Total Replacement Reserves - See Schedule on Pg. 2 | | 1270.00 | _____ |
| Miscellaneous | | _____ | _____ |
| | | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| **Total Operating Expenses** | | $ 3570 | $ _____ |

## Replacement Reserve Schedule

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owners operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year-such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis -

| Equipment | Replacement Cost | | Remaining Life | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @ $ 500 | ea. / | 10 | Yrs. x | 2 | Units = $ 100.00 | $ |
| Refrigerator | @ $ 500 | ea. / | 10 | Yrs. x | 2 | Units = $ 100.00 | $ |
| Dishwashers | @ $ | ea. / | | Yrs. x | | Units = $ | $ |
| A/C Units | @ $ | ea. / | | Yrs. x | | Units = $ | $ |
| C. Washer/Dryers | @ $ | ea. / | | Yrs. x | | Units = $ | $ |
| HW Heaters | @ $ 450 | ea. / | 10 | Yrs. x | 1 | Units = $ 45.00 | $ |
| Furnace(s) | @ $ 6500 | ea. / | 20 | Yrs. x | 1 | Units = $ 325.00 | $ |
| (Other) _____ | @ $ | ea. / | | Yrs. x | | Units = $ | $ |
| Roof | @ $ 14000 | ea. / | 20 | Yrs. x One Bldg. = | | $ 700.00 | $ |

**Carpeting** (Wall to Wall)                                        Remaining Life

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Units | _____ Total Sq. Yds. Q $ _____ Per Sq. Yd. / _____ Yrs = | | | | | $ | $ |
| (Public Areas) | _____ Total Sq. Yds. Q $ _____ Per Sq. Yd. / _____ Yrs = | | | | | $ | $ |

Total Replacement Reserves. (Enter on Pg. 1)                          $ 1270.00          $

## Operating Income Reconciliation

$ 20520    - $ 3570    = $ 16950.00    / 12   = $ 1412.50
Effective Gross Income    Total Operating Expenses    Operating Income    Monthly Operating Income

$ 1412.50    - $ _____    = $ 1412.50
Monthly Operating Income    Monthly Housing Expense    Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the **subject property** to the borrowers stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's **primary residence** to the borrowers stable monthly income.

Appraiser's Comments *(Including sources for data and rationale for the projections)*

All expenses are common and typical for the market area.  Replacement costs are average values based on input from local contractors and Craftsman cost calculator.

Marcus Isenberg                                        *Marc Isenberg*                03/19/2019
Appraiser Name                                        Appraiser Signature            Date

Underwriter's Comments and Rationale for Adjustments

_____                    _____                    _____
Underwriter Name                                        Underwriter Signature            Date

532462447

# Market Conditions Addendum to the Appraisal Report

File # 190221-02239-1

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood.
This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 57-59 Treacy Ave | City | Newark | State | NJ | ZIP Code | 07108 |
|---|---|---|---|---|---|---|---|

Borrower  Samuel Martin

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 10 | 1 | 3 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.67 | 0.33 | 1.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 10 | 8 | 4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 5.99 | 24.24 | 4.00 | ☐ Declining | ☒ Stable | ☐ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 175000 | 175000 | 165000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 29 | 76 | 14 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable List Price | 189900 | 210000 | 199450 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 135 | 135 | 142 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 103 | 92 | 104.5 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | ☐ Yes ☒ No | | | | |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

While sale concessions are not uncommon in the subject's market area, they are typically less than 2% of the purchase price. Concession data and/or seller contributions are not provided through the county tax records or MLS listings. Concession data is limited to appraisers previous sale appraisals in the subject's market area.

Are foreclosure sales (REO sales) a factor in the market?  ☒ Yes  ☐ No  If yes, explain (including the trends in listings and sales of foreclosed properties).

REO properties have a significant presence in the market area but are typically in need of substantial maintenance and repairs. These properties are normally purchased by investors for renovation and quick resale on the market which can affect fair market sales in average condition as they are competing with revitalized properties priced for immediate resale. 25%-30% REO saturation in the market area.

Cite data sources for above information.

Garden State MLS, Reality Trac.com

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

Appraiser compiled expanded MLS Property Statistic Reports, sales, and data for the analysis of the subject's market area using 3-6 month intervals to determine current market conditions. Market conditions are also determined through sale price reductions, expired and withdrawn listings, and list to sale price ratios.

Analysis of the subject market indicates comparable property values have remained flat over the past 12 months.

If the subject is a unit in a condominium or cooperative project, complete the following:  Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name  Marcus Isenberg | Supervisory Appraiser Name |
| Company Name  C & J Appraisals | Company Name |
| Company Address  6 Crownview Ct. Sparta, NJ 07871 | Company Address |
| State License/Certification #  42RC00193800  State  NJ | State License/Certification #  State |
| Email Address  mkis@ptd.net | Email Address |

532462447

532462447

File No. 190221-02239-1

# USPAP ADDENDUM

Borrower   Samuel Martin

Property Address   57-59 Treacy Ave

City   Newark          County   Essex          State   NJ     Zip Code   07108

Lender   Wells Fargo Bank NA

## This report was prepared under the following USPAP reporting option:

**☒ Appraisal Report**          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

**☐ Restricted Appraisal Report**     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 1 - 90 days

The estimated market exposure time for the subject is noted to be the median/average range of exposure time for comparable sales in the subject's market area over past 12 months.  The market exposure range accounts for price adjustments to the comparables and marketing times after the date of adjustment.

## Additional Certifications

I certify that, to the best of my knowledge and belief:

**☒** I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

**☐** I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.  Those services are described in the comments below.

## Additional Comments

Clarification of Intended Use and Intended User:

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal to determine current market value, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**APPRAISER:**

Signature:

Name:  Marcus Isenberg

Date Signed:  03/19/2019

State Certification #:  42RC00193800

or State License #:

or Other (describe) _____ State # _____

State:  NJ

Expiration Date of Certification or License:  12/31/2019

Effective Date of Appraisal:  03/15/2019

**SUPERVISORY APPRAISER: (only if required)**

Signature:

Name:

Date Signed:

State Certification #:

or State License #:

State:

Expiration Date of Certification or License:

Supervisory Appraiser Inspection of Subject Property:

☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

USPAP 2014                     AI Ready

| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



**FRONT OF SUBJECT PROPERTY**

Appraised Date: March 15, 2019

Appraised Value: $165000



**REAR OF SUBJECT PROPERTY**

**STREET SCENE**

ADDITIONAL PHOTOGRAPH ADDENDUM
File

| Borrower/Client | Samuel Martin | | | | |
|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | |
| City | Newark | County | Essex | State NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | |



Street scene opposite direction



Additional Rear View



Right side view

ADDITIONAL PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA |



Exterior paint is at the end of life expectancy



Extensive exterior siding damage and wood



Extensive exterior siding damage and wood



| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex   State NJ   Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



Missing siding



Left side window removed and wood panel i



Some newer windows in place but not size o
Window not trimmed out.

ADDITIONAL PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex | State NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



Extensive exterior siding damage and wood
the left side of the home



Rotted wood at the foundation level



Improperly sized window and not trimmed ou

| Borrower/Client | Samuel Martin | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



Missing rear windows - wood panel covers



Missing rear windows - wood panel covers



Extensive exterior siding damage and wood rotted trim and soffit

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex State NJ Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



Electric meters



Damaged exterior paint



Damaged exterior paint

ADDITIONAL PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex State NJ Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



Damaged exterior paint



Damaged exterior paint - wood panels on rig



Wood siding damage and damaged paint

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA |



Damaged exterior paint



Unpainted wood panel siding on the 2nd floo



Roof shingles appear to be at the end of life

ADDITIONAL PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City | Newark    County | Essex    State | NJ    Zip Code | 07108 |
| Lender | Wells Fargo Bank NA |



Unit 1 living room



Unit 1 dining room



Unit 1 - discoloration and water damage note

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City | Newark |
| County | Essex |
| State | NJ |
| Zip Code | 07108 |
| Lender | Wells Fargo Bank NA |



Unit 1 Laundry Room



Unit 1 Bedroom



Unit 1 bathroom - damaged plaster walls

| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



Unit 1 bathroom - additional view



Unit 1 bathroom - additional view



Unit 1 bathroom - additional view

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |

City    Newark          County    Essex          State    NJ          Zip Code    07108

Lender    Wells Fargo Bank NA



Unit 1 bedroom



Poor fitting laminate hardwood flooring in un



Unit 1 kitchen - damaged cabinetry

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex | State NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



Unit 1 kitchen - additional view



Basement stairway



Unfinished basement - significant debris in th

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex | State NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



Uncovered electric panels



2 gas meters



No operational furnace noted in the baseme

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA |



1 operational hot water heater



Damaged rear door



Stairway to unit 2

ADDITIONAL PHOTOGRAPH ADDENDUM
Document          Page 35 of 58

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex  State NJ  Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



Unit 2 bedroom



Unit 2 living room



Minor ceiling damage in unit 2

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex | State NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



Unit 2 bathroom



Unit 2 bathroom - additional view



Unit 2 bedroom

| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



Unit 2 kitchen



Unit 2 bedroom



Unit 2 bedroom ceiling damage

| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



Finished 3rd floor



Full bathroom in the finished 3rd floor



Full bathroom in the finished 3rd floor - addit

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA |



Kitchen in finished 3rd floor



Bedroom in finished 3rd floor

Closet in finished 3rd floor

ADDITIONAL PHOTOGRAPH ADDENDUM



| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex | State NJ | Zip Code 07108 |
| Lender Wells Fargo Bank NA | |



Exposed electrical wiring on third floor



Exposed electrical wiring at the 1st floor entr



RENTAL COMPARABLE #1

62 Treacy Ave

Newark, NJ 07108

ADDITIONAL PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex | State NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



RENTAL COMPARABLE #2

17-19 Leslie St

Newark, NJ 07108



RENTAL COMPARABLE #3

85-87 Osborne Ter

Newark, NJ 07108

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex    State NJ    Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



**Comparable Sale 1**

62 Treacy Ave

Newark                    NJ        07108

Date of Sale:  s12/18;c10/18

Sale Price:      165000

Sq. Ft.:

$ / Sq. Ft.:



**Comparable Sale 2**

888 S 18th St

Newark                    NJ        07108

Date of Sale:  s09/18;c07/18

Sale Price:      150000

Sq. Ft.:

$ / Sq. Ft.:



**Comparable Sale 3**

85-87 Osborne Ter

Newark                    NJ        07108

Date of Sale:  s02/19;c11/18

Sale Price:      235000

Sq. Ft.:

$ / Sq. Ft.:

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City | Newark    County Essex    State NJ    Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



### Comparable Sale 4

68 Millington Ave

Newark              NJ    07108

Date of Sale:  s04/18;c02/18

Sale Price:    170000

Sq. Ft.:

$ / Sq. Ft.:



### Comparable Sale 5

667-671 Clinton Ave

Newark              NJ    07108

Date of Sale:  s04/18;c05/17

Sale Price:    98000

Sq. Ft.:

$ / Sq. Ft.:



### Comparable Sale 6

40 Seymour Ave

Newark              NJ    07108

Date of Sale:  Active

Sale Price:    150000

Sq. Ft.:

$ / Sq. Ft.:

| | |
|---|---|
| Borrower/Client | Samuel Martin |
| Property Address | 57-59 Treacy Ave |
| City Newark | County Essex   State NJ   Zip Code 07108 |
| Lender | Wells Fargo Bank NA |



### Comparable Sale 7

17-19 Leslie St

Newark                NJ      07108

Date of Sale: __Active_____

Sale Price: __220000_____

Sq. Ft.: _____

$ / Sq. Ft.: _____

### Comparable Sale 8

_____

_____ ____ _____

Date of Sale: _____

Sale Price: _____

Sq. Ft.: _____

$ / Sq. Ft.: _____

### Comparable Sale 9

_____

_____ ____ _____

Date of Sale: _____

Sale Price: _____

Sq. Ft.: _____

$ / Sq. Ft.: _____

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Samuel Martin | | | |
| Property Address | 57-59 Treacy Ave | | | |
| City | Newark | County | Essex | State NJ    Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | |



Borrower/Client   Samuel Martin

Property Address   57-59 Treacy Ave

City   Newark          County   Essex          State   NJ          Zip Code   07108

Lender   Wells Fargo Bank NA





| Borrower/Client | Samuel Martin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA | | | | | | |



| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | | |

| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|



| | |
|---|---|
| A1 : 24.0 x 26.0 = | 624.0 |
| A2 : 25.1 x 5.5 = | 138.2 |
| A3 : 24.0 x 17.0 = | 408.0 |
| A4 : 0.5(24.0 + 22.7)x0.0 = | 0.9 |
| A5 : 12.7 x 1.5 = | 19.0 |
| A6 : 0.5 x 1.1x2.8 = | 1.6 |
| A7 : 24.0 x 2.8 = | 66.8 |
| A8 : 0.5 x 1.1x2.8 = | 1.6 |
| A9 : 24.0 x 2.8 = | 66.8 |
| A10 : 0.5 x 2.8x2.8 = | 4.0 |
| A11 : 0.5 x 2.8x2.8 = | 4.0 |
| A12 : 7.0 x 2.8 = | 19.8 |
| **First Floor** | **1354.7** |

| | |
|---|---|
| A13 : 24.0 x 22.0 = | 528.0 |
| A14 : 25.1 x 1.2 = | 30.6 |
| A15 : 26.2 x 4.0 = | 105.0 |
| A16 : 0.5(25.6 + 24.6)x1.3 = | 32.2 |
| A17 : 12.7 x 1.5 = | 19.0 |
| A18 : 0.5 x 1.1x2.8 = | 1.6 |
| A19 : 24.0 x 2.8 = | 66.8 |
| A20 : 0.5 x 1.1x2.8 = | 1.6 |
| A21 : 25.1 x 2.8 = | 69.9 |
| A22 : 0.5 x 0.6x1.5 = | 0.5 |
| A23 : 25.6 x 1.5 = | 38.5 |
| A24 : 0.5 x 0.0x1.5 = | 0.0 |
| A25 : 0.5 x 0.6x1.5 = | 0.5 |
| A26 : 24.0 x 1.5 = | 36.0 |
| A27 : 0.5 x 0.3x17.0 = | 2.7 |
| A28 : 23.7 x 17.0 = | 402.2 |
| A29 : 0.5 x 2.8x2.8 = | 4.0 |
| A30 : 0.5 x 2.8x2.8 = | 4.0 |
| A31 : 7.0 x 2.8 = | 19.8 |
| **Second Floor** | **1362.9** |

| | |
|---|---|
| A32 : 21.0 x 6.0 = | 126.0 |
| A33 : 19.5 x 8.0 = | 156.0 |
| A34 : 17.5 x 11.0 = | 192.5 |
| A35 : 23.5 x 13.0 = | 305.5 |
| A36 : 13.0 x 7.0 = | 91.0 |
| **Third Floor** | **871.0** |

| | |
|---|---|
| A37 : 24.0 x 26.0 = | 624.0 |
| A38 : 25.1 x 5.5 = | 138.2 |
| A39 : 24.0 x 17.0 = | 408.0 |
| A40 : 0.5(24.0 + 22.7)x0.0 = | 0.9 |
| A41 : 12.7 x 1.5 = | 19.0 |
| A42 : 0.5 x 1.1x2.8 = | 1.6 |
| A43 : 24.0 x 2.8 = | 66.8 |
| A44 : 0.5 x 1.1x2.8 = | 1.6 |
| A45 : 24.0 x 2.8 = | 66.8 |
| A46 : 0.5 x 2.8x2.8 = | 4.0 |
| A47 : 0.5 x 2.8x2.8 = | 4.0 |
| A48 : 7.0 x 2.8 = | 19.8 |
| **Basement** | **1354.7** |

| **Total Living Area** | **3588.6** |
|---|---|

| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA | | | | | |

| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| A49 : 10.0 x 1.5 = | | 15.0 |
| A50 : 0.5 x 2.8 x2.8 = | | 4.0 |
| A51 : 10.0 x 2.8 = | | 28.3 |
| A52 : 0.5 x 0.0 x4.7 = | | 0.1 |
| A53 : 12.8 x 4.7 = | | 59.8 |
| Porch | | 107.2 |
| A54 : 10.0 x 1.5 = | | 15.0 |
| A55 : 0.5 x 2.8 x2.8 = | | 4.0 |
| A56 : 10.0 x 2.8 = | | 28.3 |
| A57 : 0.5 x 0.0 x4.7 = | | 0.1 |
| A58 : 12.8 x 4.7 = | | 59.8 |
| Porch 2 | | 107.2 |
| Total Porch Area | | 214.4 |

| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



Subject
57 Treacy Ave
Newark, NJ  07108

**FLOOD INFORMATION**

Community: CITY OF NEWARK

Property is NOT in a FEMA Special Flood Hazard Area

Map Number: 34013C0152F

Panel: 0152F

Zone: X

Map Date: 06-04-2007

FIPS: 34013

Source: FEMA DFIRM

**LEGEND**

= FEMA Special Flood Hazard Area – High Risk

= Moderate and Minimal Risk Areas

Road View:

= Forest        = Water

## Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA | | | | | |

## State Of New Jersey
## New Jersey Office of the Attorney General
## Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE
Real Estate Appraisers Board

HAS CERTIFIED

Marcus K. Isenberg
6 Crownview Court
Sparta NJ  07871

FOR PRACTICE IN NEW JERSEY AS A(N):  Cert Residential Appraiser

11/29/2017  TO  12/31/2019
VALID

42RC00193800
LICENSE/REGISTRATION/CERTIFICATION #

Signature of Licensee/Registrant/Certificate Holder

ACTING DIRECTOR

| Borrower/Client | Samuel Martin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 57-59 Treacy Ave | | | | | |
| City | Newark | County | Essex | State | NJ | Zip Code | 07108 |
| Lender | Wells Fargo Bank NA | | | | | |



**GREATAMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒   Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:  **RAP4113047-18**          Renewal of:  **RAP4113047-17**

Program Administrator:     **Herbert H. Landy Insurance Agency Inc.**
                   **75 Second Ave Suite 410 Needham, MA 02494-2876**

Item 1. **Named Insured:**   **Marcus K. Isenberg**

Item 2. **Address:**        **6 Crownview Court**
City, State, Zip Code:   **Sparta, NJ 07871**

Item 3. Policy Period: From   **10/30/2018**   To   **10/30/2019**
              *(Month, Day, Year)*     *(Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability:**

A. $   **500,000**    **Damages** Limit of Liability – Each **Claim**

B. $   **500,000**    **Claim Expenses** Limit of Liability – Each **Claim**

C. $   **1,000,000**    **Damages** Limit of Liability – Policy Aggregate

D. $   **1,000,000**    **Claim Expenses** Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of **Claim Expenses**):

A. $   **0.00**      Each **Claim**

B. $   **0.00**      Aggregate

Item 6. **Premium:** $    573.00          Additional 0.6% NJ Guaranty Fund Surcharge $3.44

Item 7. **Retroactive Date** (if applicable):   **10/30/2006**

Item 8. Forms, Notices and Endorsements attached:
**D42100 (03/15) D42300 NJ (05/13)  IL7324 (08/12)**
**D42413 (06/17) D42412 (03/17) D42408 (05/13) D42402 (05/13)**

*Betsey a. Ferguson*
Authorized Representative

D42101  (03/15)                     Page 1 of 1

AI Ready PDF Generated on 03/19/2019 12:45:26 PM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

820538
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR BNC
MORTGAGE LOAN TRUST 2006-2, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-2

| In Re: | Case No: 18-33134 - RG |
|---|---|
| SAMUEL D MARTIN | Hearing Date: 05/01/2019 |
| | Judge: ROSEMARY GAMBARDELLA |
| | Chapter: 13 |

## CERTIFICATION OF SERVICE

1.    I, MICHAEL ROCKS:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On April 12, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

Objection to Plan

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __April 12, 2019_____          /s/  *MICHAEL ROCKS*_____
                                                                          MICHAEL ROCKS

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SAMUEL D MARTIN<br>57-59 TREACY AVE<br>NEWARK, NJ 07108 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| SAMUEL D MARTIN<br>PO BOX 1107<br>NEWARK, NJ 07101 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| HERBERT B. RAYMOND, ESQUIRE<br>7 GLENWOOD AVE<br>SUITE #408<br>4TH FLOOR<br>EAST ORANGE, NJ 07017 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| MARIE-ANN GREENBERG, TRUSTEE<br>30 TWO BRIDGES RD<br>SUITE 330<br>FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

2

| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | Trustee | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
|---|---|---|

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

3