| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on May 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   SAMUEL D MARTIN | Case No.:  18-33134RG<br><br>Hearing Date:  5/15/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 17, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:  18-33134RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 05/15/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that debtor must become current with plan payments by 5/30/2019 or the case will be dismissed without further hearings or notice to debtor(s) or debtor(s)' attorney; and it is further
- ORDERED, that debtor must provide the Trustee with copies of all filed missing NJ State Tax Returns or file a motion objecting to the claim by 5/30/2019 or the case will be dismissed without further hearings or notice to debtor(s) or debtor(s)' attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/5/2019 at 8:30 AM.