UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND #HR-1379
JEFFREY M. RAYMOND
ATTORNEYS FOR THE DEBTOR(s)

**Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  SAMUEL D. MARTIN, DEBTOR(S)

Case No.: 18-33134  RG

Adv. No.:

Hearing Date: 5/15/19 @ 10:00 A.M.

Judge: ROSEMARY GAMBARDELLA

ORDER RECLASSIFYING CLAIM

The relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: May 22, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Samuel D. Martin, Debtor(s)

Case no.: 18-33134 RG

Caption of order: Order Reclassifying Claim

_____

    1. That Bureau of Housing Inspection's claims, filed as claim number two on the claims register, be and is hereby reclassified as general unsecured non-priority claim.