UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND #HR-1379
JEFFREY M. RAYMOND
ATTORNEYS FOR THE DEBTOR(s)

**Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SAMUEL D. MARTIN, DEBTOR(S)

Case No.: 18-33134  RG

Adv. No.:

Hearing Date: 5/15/19 @ 10:00 A.M.

Judge: ROSEMARY GAMBARDELLA

ORDER RECLASSIFYING CLAIM

The relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: May 22, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Samuel D. Martin, Debtor(s)

Case no.: 18-33134 RG

Caption of order: Order Reclassifying Claim

_____

    1. That Bureau of Housing Inspection's claims, filed as claim number two on the claims register, be and is hereby reclassified as general unsecured non-priority claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-33134-RG
Samuel D Martin                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1              Date Rcvd: May 24, 2019
                       Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2019.
db          +Samuel D Martin,    PO Box 1107,    Newark, NJ 07101-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Herbert B. Raymond    on behalf of Debtor Samuel D Martin herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 6