|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Raymond and Raymond, Esqs.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | **Order Filed on June 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br><br>SAMUEL MARTIN,<br><br>DEBTOR(S) | Case No.: 18-33134 (RG)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: ROSEMARY GAMBARDELLA |

### ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: June 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Samuel Martin,  Debtor(s)

Case no.:  18-33134 (RG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$500.00** for services rendered and expenses in the amount **$0.00**   for a total of **$500.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.