UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND #HR-1379
JEFFREY M. RAYMOND
KEVIN DELYON
ATTORNEYS FOR THE DEBTOR(s)

**Order Filed on July 20, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

SAMUEL D. MARTIN, DEBTOR(S)

Case No.: 18-33134  RG

Adv. No.:

Hearing Date: 7/17/19 @ 10:00 A.M.

Judge: ROSEMARY GAMBARDELLA

ORDER ADDRESSING  ENTRIES IN STATE OF NEW JERSEY,
DIVISION OF  TAXATION'S CLAIM

The relief set forth on the following pages, two (2) through two (2) is
hereby ORDERED:

**DATED: July 20, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

2

Page 2

3

Debtor: Samuel D. Martin, Debtor(s)

4

Case no.: 18-33134 RG

5

Caption of order: Order Addressing Entries in New Jersey

6

Taxation's Claim

7

_____

8

    1. As to the State of New Jersey, Division of Taxation's

9

('Taxation') claim[1], filed as claim number seven (7) on the claim

10

register, pertaining to the entries for the 2008, 2009, 2010,

11

2011, 2012, 2013, and 2014 tax periods, since the Debtor has

12

insufficient records, at this time, to prepare the returns for

13

these periods, the Debtor's income tax liability, for the, 2008,

14

2009, 2010, 2011, 2012, 2013, and 2014 tax periods, shall be

15

determined to be in the amounts and classified in the same

16

manner, as set forth in Taxation's claim.

17

    2. Nothing in this order shall preclude the Debtor from

18

preparing missing returns for review by Taxation at any time

19

during the pendency of the case and Taxation shall amend its

20

claim if applicable.

21

22

23

24

25

26

27

28

---

    [1] All references are to the State of New Jersey, Division of
Taxation's proof of claim, which is filed as claim number seven (7)
on the claims register.