UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND #HR-1379
JEFFREY M. RAYMOND
KEVIN DELYON
ATTORNEYS FOR THE DEBTOR(s)
```

**Order Filed on July 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SAMUEL D. MARTIN, DEBTOR(S)

Case No.: 18-33134 RG

Adv. No.:

Hearing Date: 7/17/19 @ 10:00 A.M.

Judge: ROSEMARY GAMBARDELLA

ORDER ADDRESSING ENTRIES IN STATE OF NEW JERSEY,
DIVISION OF TAXATION'S CLAIM

The relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: July 20, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Samuel D. Martin, Debtor(s)

Case no.: 18-33134 RG

Caption of order: Order Addressing Entries in New Jersey Taxation's Claim

_____

    1. As to the State of New Jersey, Division of Taxation's ('Taxation') claim[1], filed as claim number seven (7) on the claim register, pertaining to the entries for the 2008, 2009, 2010, 2011, 2012, 2013, and 2014 tax periods, since the Debtor has insufficient records, at this time, to prepare the returns for these periods, the Debtor's income tax liability, for the, 2008, 2009, 2010, 2011, 2012, 2013, and 2014 tax periods, shall be determined to be in the amounts and classified in the same manner, as set forth in Taxation's claim.

    2. Nothing in this order shall preclude the Debtor from preparing missing returns for review by Taxation at any time during the pendency of the case and Taxation shall amend its claim if applicable.

---

[1] All references are to the State of New Jersey, Division of Taxation's proof of claim, which is filed as claim number seven (7) on the claims register.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-33134-RG
Samuel D Martin                                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 23, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
db             +Samuel D Martin,    PO Box 1107,    Newark, NJ 07101-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Samuel D Martin herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-6 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC
               MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2
               nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7