UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

818350
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2**

In Re:

Samuel D. Martin

Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-33134 - RG

Hearing Date: June 5, 2019

Judge: Rosemary Gambardella

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 13, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | Herbert B Raymond, Esquire |
| Property Involved ("Collateral"): | 57-59 TREACY AVENUE, NEWARK, NJ 07108 |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. On July 1, 2019, a Consent Order Resolving Objection to Confirmation and Resolving Proposed Cramdown was entered by this Court (see docket entry 46).

2. Debtor is required to fully comply with the terms of the Consent Order Resolving Objection to Confirmation and Resolving Proposed Cramdown.

3. In the event the underlying bankruptcy case is dismissed, U.S. Bank National Association is entitled to In Rem Relief from the Automatic Stay with no further application to the Court.