# RAYMOND & RAYMOND
Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711
Voice-Mail/Alt. Fax (815) 642-4613
Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

August 29, 2019

Honorable Rosemary Gambardella, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

    Re: Samuel Martin, Debtor(s)
        18-33134 (RG)
        Chapter 13
    Proceeding: Trustee Default Certification
    Hearing Date: To Be Determined

Dear Judge Gambardella:

    Please accept this letter in limited response to the Trustee's Default Certification.  The trustee filed a default certification based on the fact that the debtor is $6,417 in arrears with the trustee.

    This appears to be correct. We have yet to hear back from the debtor in order to prepare an official response. Furthermore, my office is short staffed and will be closed for the long holiday weekend, during which the response deadline falls.

    I therefore would request the court schedule a hearing on the matter to avoid automatic dismissal.

                            Respectfully submitted,

                            /S/ HERBERT B. RAYMOND, ESQ.
                            ------------------------------
                            HERBERT B. RAYMOND, ESQ.