

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on October 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   SAMUEL D MARTIN

Case No.:  18-33134 RG

Hearing Date:  10/16/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 17, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): SAMUEL D MARTIN

Case No.: 18-33134

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/16/2019 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 10/30/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a modified plan to cure the Trustee arrears by 10/30/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney.