Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−33134−RG
                        Chapter:  13
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Samuel D Martin
   PO Box 1107
   Newark, NJ 07101

Social Security No.:
   xxx−xx−6612

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      11/20/19
Time:     10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
$1,500.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: pot plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 30, 2019
JAN:

                                                                          Jeanne Naughton
                                                                          Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                Case No. 18-33134-RG
Samuel D Martin                                                       Chapter 13
        Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 3                  Date Rcvd: Oct 30, 2019
                              Form ID: 137                 Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +Samuel D Martin,    PO Box 1107,    Newark, NJ 07101-1107
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ  08054c 08054-3437
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517983656      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517885909      +Bureau of Housing Inspection,    PO Box 810,    Trenton, NJ 08625-0810
517885911      +City of Newark,    PO Box 538,    Water / Sewer Accounting,    Newark, NJ 07101-0538
517885912      +City of Newark,    Department of Finance,    920 Broad Street , Room 104,    Newark, NJ 07102-2609
517885910      +City of Newark,    Division of Water Accounting,    920 Broad Street, Rm. 117,
                 Newark, NJ 07102-2609
517885913      +City of Newark Dept. of Water & Sewer,    Law Dept. RM 316,    920 Broad Street,
                 Newark, NJ 07102-2672
517885917     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Directv,    PO Box 11732,    Newark, NJ 07101)
517885914       Department of Community Affairs,    Bureau of Housing Inspection,    PO Box 810,
                 Trenton, NJ 08625-0810
517885915      +Directv,    PO Box 5007,    Carol Stream, IL 60197-5007
517885927      +New Century Financial,    7 Entin Road,    Parsippany, NJ 07054-5020
517983848      +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany  NJ 07054-5020
517885935      +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
517885933       PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
517885929      +Phelan, Hallinan & Diamond, Jones, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517885930      +Phelan, Hallinan & Diamond, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517885931      +Pressler, Felt, & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517885932      +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517885938      +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
518132963     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
517885939      +Specialized Loan Servicing,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
517885940      +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
517885941       Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
517885942      +State of NJ - Dept. of Community Affairs,    Attn: Compliance,    101 South Broad Street,
                 PO Box 800,    Trenton, NJ 08625-0800
517984506       U.S. Bank National Association, as Trustee Et.Al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517885948      +Wells Fargo Home Loans,    1 Home Campus,    Des Moines, IA 50328-0001
517885953      +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517885954      +Wells Fargo Home Mortgage,    One Home Campus,    Des Moines, IA 50328-0001
517885951      +Wells Fargo Home Mortgage,    PO Box 10355,    Des Moines, IA 50306-0355
517885950      +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
517885952       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
517885949      +Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,    Charlotte, NC 28217-1962
517885956      +Wells Fargo Home Mortgage, Inc.,    PO Box 14471,    Des Moines, IA 50306-3471

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2019 23:56:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2019 23:56:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517885908      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2019 00:05:10       American InfoSource LP,
                 4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517885907      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2019 00:05:10       American Infosource Lp,
                 P0 Box 248848,    Oklahoma City, OK 73124-8848
517885925       E-mail/Text: cio.bncmail@irs.gov Oct 30 2019 23:56:15      IRS,    PO Box 219236,
                 Kansas City, MO 64121
517885937      +E-mail/Text: bankruptcy@pseg.com Oct 30 2019 23:54:07      PSEG,    PO Box 490,
                 Cranford, NJ 07016-0490
517885936       E-mail/Text: bankruptcy@pseg.com Oct 30 2019 23:54:07      PSEG,    PO Box 790,
                 Cranford, NJ 07016-0790
517885943      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 30 2019 23:54:00
                 Verizon,    500 Technology Drive,    Saint Charles, MO 63304-2225
517885944      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 30 2019 23:54:00
                 Verizon Bankruptcy,    500 Technology Drive,    Saint Charles, MO 63304-2225
517885945      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 30 2019 23:54:00
                 Verizon Bankruptcy South,    PO Box 25087,    Wilmington, DE 19899-5087
```

```
District/off: 0312-2                  User: admin                    Page 2 of 3                   Date Rcvd: Oct 30, 2019
                                      Form ID: 137                   Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517885947       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 30 2019 23:54:01
                  Verizon Wireless,   PO Box 105378,   Atlanta, GA 30348-5378
517885946       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 30 2019 23:54:01
                  Verizon Wireless,   2000 Corporate Drive,   Orangeburg, NY 10962-2624
                                                                                             TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517885916*      ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                  (address filed with court: Directv,   PO Box 78626,   Phoenix, AZ 85062)
517885926*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court: IRS,   PO Box 9019,   Holtsville, NY 11742)
517885921*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,   ACS Support - Stop 5050,   PO Box 219236,
                  Kansas City, MO 64121)
517885923*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,   Insolvency Operations,   PO Box 21126,
                  Philadelphia, PA 19114)
517885919*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,   PO Box 57,   Bensalem, PA 19020)
517885920*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,   Philadelphia, PA 19255-0010)
517885924*       +IRS,   PO Box 804527,   Cincinnati, OH 45280-4527
517885922*       +Internal Revenue Service,   PO Box 309011,   AMC 8228,   Memphis, TN 38130-9011
517885918*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517885928*       +New Century Financial Inc.,   7 Entin Road,   Parsippany, NJ 07054-5020
517885934*        PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
517885955*       +Wells Fargo Home Mortgage, Inc.,   One Home Campus,   Des Moines, IA 50328-0001
                                                                                             TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Samuel D Martin herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-6 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC
               MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BNC MORTGAGE LOAN TRUST 2006-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2
               nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Oct 30, 2019
                              Form ID: 137             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 7